United States District Court

Eastern District of California

Benjamin Hill,

       Plaintiff,                       No. Civ. S 06-0199 FCD PAN P

   vs.                                Order

Sanders, et al.,

       Defendants.

                             -oOo-

    Plaintiff, an inmate without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

    A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may

be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Here, the defendants are located and the claim arose in Lancaster, California which is in the Central District of California. Therefore, in the interest of justice, this action is transferred to the United States District Court for the Central District of California. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

Dated:   February 9, 2006.

                        /s/ Peter A. Nowinski  
                        PETER A. NOWINSKI  
                        Magistrate Judge